UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>LARRY J. NIELD,<br><br>    Defendant. | CR-05-162-FVS-5<br><br>Final Order of Forfeiture |

WHEREAS, on June 6, 2006, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of 21 U.S.C. § 853, preliminarily forfeiting to the United States the property described below:

1)    $18,000.00 U.S. currency;

2)    $15,000.00 substitute res in lieu of forfeiture of the 1923 Ford Roadster, Washington license CV24822, VIN: WA98216274, control #228774; or if said substitute res is not timely received, the 1923 Ford Roadster, Washington license CV24822, VIN: WA98216274, control #228774; and,

3)    1999 Toyota Truck, Idaho license K329095, VIN: 4TAWN72NXXZ508846.

WHEREAS, the United States received the $15,000.00 substitute res in lieu of forfeiture of the 1923 Ford Roadster, and said vehicle was returned to Defendant Larry J. Nield, the following property described below is the property sought for forfeiture to the United States:

1)    $18,000.00 U.S. currency;

2)    $15,000.00 substitute res in lieu of forfeiture of the 1923 Ford Roadster, Washington license CV24822, VIN: WA98216274, control #228774; and,

3)    1999 Toyota Truck, Idaho license K329095, VIN: 4TAWN72NXXZ508846.

Final Order of Forfeiture - 1
Nield Final Order.wpd

WHEREAS Defendant Larry J. Nield's interest in the property described above was forfeited to the United States via the criminal judgment entered herein.

WHEREAS, 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2, require the resolution of all third-party claims to the property in the final order of forfeiture.

On July 20, 27 and August 3, 2006, the Notice of Preliminary Order of Forfeiture was published in the Cheney Free Press, a newspaper of general circulation in Spokane County, Washington, which notified all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of their alleged legal interest in the property described above. At the latest, this 30-day period expired on September 5, 2006.

It appearing to the Court that Larry J. Nield's interest has been resolved by the criminal judgment herein;

It further appearing to the Court that no claims have been made to the property;

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the property described above is hereby forfeited to the United States of America, and no right, title, or interest shall exist in any other person.

IT IS FURTHER ORDERED that the United States Marshals Service shall dispose of the forfeited property in accordance with law.

ORDERED this   14th   day of September, 2006.

s/Fred Van Sickle
Fred Van Sickle
United States District Judge

Presented by:

James A. McDevitt
United States Attorney

s/George J.C. Jacobs III

George J.C. Jacobs, III
Assistant United States Attorney

Final Order of Forfeiture - 2
Nield Final Order.wpd